# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maloney, Paul L. | District Court, WD MI | 05/13/2011 |

**4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**

District Judge-Active

**5a. Report Type (check appropriate type)**

☐ Nomination, Date

☐ Initial  ☑ Annual  ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

410 W. Michigan Ave.
Kalamazoo, MI 49007

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 3. | |

**Maloney, Paul L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | State of Michigan Judicial Pension | $48,624.00 |
| 2. | 2010 | Berrien County, MI Pension | $15,500.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Teacher, River Valley School District |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. --Allianz NFJ Dividend Value A | A | Dividend | J | T | | | | | |
| 3. -- Allianz NFJ Small Cap Value A | A | Dividend | J | T | | | | | |
| 4. --Amer Cent Growth ADV | A | Dividend | J | T | | | | | |
| 5. --Blackrock Inflat Prot Bond A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 6. --Blackrock Equity Dividend A | | | | | Sold | 01/05/10 | J | A | |
| 7. American Euro Pacific Growth F | A | Dividend | J | T | Sold (part) | 01/05/10 | J | B | |
| 8. --American Gr FD of America F | | | | | Sold | 01/05/10 | J | A | |
| 9. --ING Global Real Estate A | | | | | Sold | 01/05/10 | J | A | |
| 10. --Perkins Mid Cap Val INV | A | Dividend | J | T | | | | | |
| 11. --JP Morgan HIBRG STAT MKT NEU A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 12. --Lazard Emerging Markets Open | A | Dividend | | | Sold | 01/05/10 | J | B | |
| 13. --Pimco Low Duration FD A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 14. --Pimco Total Return A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 15. --Thornburg Intl Value A | A | Dividend | J | T | Sold (part) | 01/05/10 | J | B | |
| 16. --Van Kampen Small Cap Growth A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 17. --First American Real Estate SEca | A | Dividend | | | Sold | 01/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B 1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C 1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --TCW Total Return BD N | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 19. --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 20. --UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 21. --Ivy Large Cap Growth A | A | Dividend | J | T | Buy | 01/05/10 | J | | |
| 22. Brokerage Account #2 | | | | | | | | | |
| 23. --Apple Computer common stock | A | Dividend | K | T | | | | | |
| 24. --UBS Deposit Acct | A | Int./Div. | J | T | | | | | |
| 25. Brokerage Account #3 | | | | | | | | | |
| 26. --S & P 500 Index Fund B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 27. --Dividend Growth Securities B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 28. --MS Global Dividend Growth Security A | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 29. --MS Global Dividend Growth Security B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 30. -- Pace Govt Sec Fixed Income Investment Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 31. -- Pace Large Company Growth Equity Investmnt Fund Class | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 32. -- Pace Intl Emerg Mkts Equity Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 33. -- Lrg Comp Value Equity Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 34. -- Pace Intl Equity Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Pace Sm/Medium Co Growth Equity Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 36. --Pace Stategic Fixed Income Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 37. -- Pace Money Market Investmt Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 38. -- Pace Global Real Estate Securities Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 39. State of Michigan 401k | | | | | | | | | |
| 40. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 41. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 42. --Dodge and Cox Stock Fund | A | Dividend | L | T | Sold (part) | 01/25/10 | J | C | |
| 43. --Rainer Lg Cap Growth Equity Fund | A | Dividend | K | T | | | | | |
| 44. --Columbia Acorn Z | A | Dividend | | | Buy (add'l) | 01/25/10 | J | | |
| 45. | | | | | Sold | 02/26/10 | J | B | |
| 46. --American Funds Euro Pacific | A | Dividend | K | T | | | | | |
| 47. --Alliance Bernstein Int Value I | A | Dividend | | | Sold | 01/25/10 | J | A | |
| 48. --Pimco Total Return Fund I | A | Dividend | J | T | Buy (add'l) | 01/25/10 | J | | |
| 49. --UBS Deposit Acct | A | Int./Div. | J | T | | | | | |
| 50. --ING Small Cap Growth | A | Dividend | J | T | Buy | 02/26/10 | J | | |
| 51. 457 Retirement Acct | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 53. --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 54. 403b Account | | | | | | | | | |
| 55. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 56. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 57. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 58. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 59. DOJ Federal Credit Union | A | Interest | J | T | | | | | |
| 60. 403b(7) Account | | | | | | | | | |
| 61. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 62. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 63. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 64. -- AIM | A | Dividend | | | Buy | 01/28/10 | J | | |
| 65. | | | | | Sold | 04/28/10 | J | A | |
| 66. --Invesco US Growth Fund A | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 67. --Pimco Total Return Fund A | A | Dividend | J | T | Buy | 01/28/10 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Maloney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Maloney, Paul L. | 2. Court or Organization<br><br>District Court, WD MI | 3. Date of Report<br><br>08/17/2011 |
|---|---|---|

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge-Active

**5a. Report Type** (check appropriate type)

☐ Nomination,    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☒ Amended Report

**6. Reporting Period**

01/01/2010
to
12/31/2010

**7. Chambers or Office Address**

410 W. Michigan Ave.
Kalamazoo, MI 49007

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 3. | |

**Maloney, Paul L.  A**

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of Michigan Judicial Pension | $48,624.00 |
| 2. 2010 | Berrien County, MI Pension | $15,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Teacher, River Valley School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account # 1 | | | | | | | | | |
| 2. --Allianz NFJ Dividend Value A | A | Dividend | J | T | | | | | |
| 3. -- Allianz NFJ Small Cap Value A | A | Dividend | J | T | | | | | |
| 4. --Amer Cent Growth ADV | A | Dividend | J | T | | | | | |
| 5. --Blackrock Inflat Prot Bond A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 6. --Blackrock Equity Dividend A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 7. American Euro Pacific Growth F | A | Dividend | J | T | Sold (part) | 01/05/10 | J | B | |
| 8. --American Gr FD of America F | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 9. --ING Global Real Estate A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 10. --Perkins Mid Cap Val INV | A | Dividend | J | T | | | | | |
| 10a.--Jennison Mid-Cap Growth A | A | Dividend | J | T | | | | | |
| 11. --JP Morgan HIBRG STAT MKT NEU A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 12. --Lazard Emerging Markets Open | A | Dividend | | | Sold | 01/05/10 | J | B | |
| 13. --Pimco Low Duration FD A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 14. --Pimco Total Return A | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 15. --Thornburg Intl Value A | A | Dividend | J | T | Sold (part) | 01/05/10 | J | B | |
| 16. --Van Kampen Small Cap Growth A | A | Dividend | | | Sold | 01/05/10 | J | A | |
| 17. --First American Real Estate SEca | A | Dividend | | | Sold | 01/05/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --TCW Total Return BD N | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 19.  --UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 20.  --UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | Buy (add'l) | 01/05/10 | J | | |
| 21.  --Ivy Large Cap Growth A | A | Dividend | J | T | Buy | 01/05/10 | J | | |
| 22.  Brokerage Account #2 | | | | | | | | | |
| 23.  --Apple Computer common stock | A | Dividend | K | T | | | | | |
| 24.  --UBS Deposit Acct | A | Int./Div. | J | T | | | | | |
| 25.  Brokerage Account #3 | | | | | | | | | |
| 26.  --S & P 500 Index Fund B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 27.  --Dividend Growth Securities B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 28.  --MS Global Dividend Growth Security A | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 29.  --MS Global Dividend Growth Security B | A | Dividend | | | Sold | 01/14/10 | J | A | |
| 30.  -- Pace Govt Sec Fixed Income Investment Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 31.  -- Pace Large Company Growth Equity Investmnt Fund Class | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 32.  -- Pace Intl Emerg Mkts Equity Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 33.  -- Lrg Comp Value Equity Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 34.  -- Pace Intl Equity Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Pace Sm/Medium Co Growth Equity Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 36. --Pace Stategic Fixed Income Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 37. -- Pace Money Market Investmt Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 38. -- Pace Global Real Estate Securities Fund Class P | A | Dividend | J | T | Buy | 01/13/10 | J | | |
| 39. State of Michigan 401k | | | | | | | | | |
| 40. --SSgA Bond Market Index | A | Dividend | J | T | | | | | |
| 41. --MFS Total Return A | A | Dividend | K | T | | | | | |
| 42. --Dodge and Cox Stock Fund | A | Dividend | L | T | Sold (part) | 01/25/10 | J | C | |
| 43. --Rainer Lg Cap Growth Equity Fund | A | Dividend | K | T | | | | | |
| 44. --Columbia Acorn Z | A | Dividend | | | Buy (add'l) | 01/25/10 | J | | |
| 45. | | | | | Sold | 02/26/10 | J | B | |
| 46. --American Funds Euro Pacific | A | Dividend | K | T | | | | | |
| 47. --Alliance Bernstein Int Value I | A | Dividend | | | Sold | 01/25/10 | J | A | |
| 48. --Pimco Total Return Fund I | A | Dividend | J | T | Buy (add'l) | 01/25/10 | J | | |
| 49. --UBS Deposit Acct | A | Int./Div. | J | T | | | | | |
| 50. --ING Small Cap Growth | A | Dividend | J | T | Buy | 02/26/10 | J | | |
| 51. 457 Retirement Acct | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 53. --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 54. 403b Account | | | | | | | | | |
| 55. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 56. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 57. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 58. Fifth Third Bank Account | A | Interest | J | T | | | | | |
| 59. DOJ Federal Credit Union | A | Interest | J | T | | | | | |
| 60. 403b(7) Account | | | | | | | | | |
| 61. --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 62. --Capital World Growth A | A | Dividend | J | T | | | | | |
| 63. --US Govt Securities A | A | Dividend | J | T | | | | | |
| 64. -- AIM | A | Dividend | | | Buy | 01/28/10 | J | | |
| 65. | | | | | Sold | 04/28/10 | J | A | |
| 66. --Invesco US Growth Fund A | A | Dividend | J | T | Buy | 04/01/10 | J | | |
| 67. --Pimco Total Return Fund A | A | Dividend | J | T | Buy | 01/28/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul L. Maloney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544